UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-198-BO-1
5:02-CR-265-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMIEN MCCULLERS | ORDER TO SEAL |

On motion of the Defendant, Damien McCullers, and for good cause shown, it is hereby

ORDERED that the **[DE 29 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __25__ day of February 2014.

_____
TERRENCE W. BOYLE
United States District Judge