## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** June 14, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **MCULLERS, Damien**
**Case No.: 5:13-CR-198-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On April 10, 2014, Damien McCullers was convicted of Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack). Mr. McCullers appeared in United States District Court for the Eastern District of North Carolina and received 108 months imprisonment, followed by 7 years of supervised release. He began supervision on November 10, 2020.

Mr. McCullers has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program as of April 2021. All drug screens have been negative. Mr. McCullers is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on November 9, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_  6-17-24
Terrence W. Boyle                                Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:13-CR-198-1BO

**DAMIEN MCCULLERS**

On November 10, 2020, the above named was released from prison and commenced a term of supervised release for a period of 84 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: June 14, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17__ day of __June__, 2024.

Terrence W. Boyle  
United States District Judge